IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

BRUCE TOWNSEND, a/k/a Ras
Lazarus Azarel Nazari,

    Plaintiff,

vs.

ROBERT McFADDEN, Warden;
D. L. HOBBS, Warden; KATHLEEN
HAWK-SAWYER; RONNIE HOLT,
Regional Director; PAUL KENNEDY,
Regional Chaplain; Ms. VICE, Unit
Manager; Mrs. CHALFANT, Case
Manager; Lt. B RULEY; Lt. DUNLAP;
Assist. Warden RUIZ; E. WILLIAMS,
Case Manager; Chaplin O'NEIL;
Officer NILE; Lt. STERN; Officer
ANTHONY DANCER; SCOTT
SCHELDER; JOHN PRICE, and
SUSAN VAN BALAAM, Member of
Bureau of Prisons Religious Committee,

    Defendants.

CIVIL ACTION NO.: CV204-045

## ORDER

Plaintiff has filed a Motion for Reconsideration of the Court's Order dated April 25, 2005. (Doc. 67.) That Order granted Defendants' Motion to Dismiss. Defendants have filed a response. Plaintiff's Motion for Reconsideration is **DENIED**. The Order dated April 25, 2005, shall remain the Order of the Court.

SO ORDERED, this 9th day of May, 2005.

_____
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA